# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Omar Pomposo Garcia,<br><br>　　　　Defendant. | No. CR-21-01070-001-TUC-JCH (EJM)<br><br>**ORDER** |

Before the Court is Magistrate Judge Eric J. Markovich's Report and Recommendation ("R&R") (Doc. 99). Judge Markovich recommends (1) the District Court find that the government failed to prove by a preponderance of the evidence that Defendant Omar Pomposo Garcia committed new crimes (Allegation A) or possessed fentanyl (Allegation B) and accordingly dismiss those allegations in the supervised release petition; and (2) the District Court revoke Defendant's supervised release because the government has proven by a preponderance of the evidence that Defendant knowingly used marijuana (Allegation C) in violation of his supervised release condition. *See id.* at 8-9. No objections to the R&R were filed.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Rule 72(b) of the Federal

Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 Addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After independent review, the Court is satisfied that Judge Markovich's recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED ADOPTING IN FULL** the R&R (Doc. 99).

**IT IS FURTHER ORDERED DISMISSING** Allegation A (commission of new crime) and Allegation B (possession of fentanyl) in the supervised release petition.

**IT IS FURTHER ORDERED FINDING** that the government proved Allegation C in the petition (marijuana use) by a preponderance of the evidence and the Court **HEREBY REVOKES** Defendant's supervised release.

Dated this 28th day of February, 2024.

John C. Hinderaker
United States District Judge

CC: United States Probation Office